UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KAMEL M. KHATIB,

    Petitioner,

v.                                                         Case No. 15-C-708

UNITED STATES OF AMERICA,

    Respondent.

**ORDER**

Petitioner in the above matter has filed a motion for an Order to Show Cause requesting deadlines in the above matter be extended because he is in segregation. The motion is denied. Judgment has already been entered in the case and Khatib has filed a timely Notice of Appeal. There are no further extensions for this Court to Grant. Any further request for an extension of time must be requested of the Court of Appeals. Accordingly, Petitioner's motion is denied.

SO ORDERED this   10th   day of December, 2015.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Judge